BARRY S. JORGENSEN, APC. [SBN: 79620]
634 N. Diamond Bar Blvd.
Diamond Bar, CA 91765
Telephone: (909) 396-7200
Fax: (909) 396-4786

Attorney for Plaintiffs,
Alejandro Canas and Sylvia Canas

UNITES STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ALEJANDRO CANAS and SYLVIA CANAS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. SACV13-322 DOC (RNBx)<br><br>ORDER FOR DISMISSAL WITHOUT PREJUDICE<br><br>Judge: Hon. David O. Carter<br>Magistrate: Hon. Robert N. Block |

///

///

///

1
ORDER FOR DISMISSAL WITHOUT PREJUDICE

## **ORDER**

The stipulation is approved.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated:   March 17, 2014   *David O. Carter*
HON. JUDGE DAVID O. CARTER
UNITED STATES DISTRICT COURT